IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

RE: LETTER ROGATORY FROM THE )
CIVIL AND CRIMINAL COURT ) EX PARTE
OF FLORENCE, ITALY )
) Misc. No. 85-28-L
)

## ORDER

Upon application of the United States of America, made on behalf of the Civil and Criminal Court of Florence, Italy, Daniele Propato, Investigating Judge, seeking judicial assistance in obtaining documentary evidence by way of deposition or otherwise of Margaret Keats Myer, who will be within the jurisdiction of this Court, and the Court having read the letter rogatory from the Civil and Criminal Court of Florence, Italy;

IT IS HEREBY ORDERED, pursuant to the authority contained in Title 28, United States Code, Section 1782, that Susan L. Howard be hereby appointed Commissioner to obtain the evidence requested.

IT IS HEREBY ORDERED that a subpoena be issued to Margaret Keats Myer, 286 Forest Park, Durham, New Hampshire 03824, to appear at the U.S. Attorney's Office, 55 Pleasant Street, Room 439, Federal Building, Concord, New Hampshire on May 23, 1985 at 2:00 p.m. for a deposition.

IT IS FURTHER ORDERED, pursuant to Title 28, United States Code, Section 1782, that Susan L. Howard is authorized to certify the documents and testimony obtained in conformity with the attached request and to submit all documents obtained to the



- 2 -

United States Department of Justice for communication to the requesting authority, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

*Martin F. Loughlin*
United States District Judge

Dated: *May 8, 1985*

cc: Susan L. Howard,
✓ Assistant U.S. Attorney